Ann M. Cerney, SBN: 068748
Attorney at Law
42 N. Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENIFER LYNN MURRY, | CASE NO. 2:13-CV-000139 AC |
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of September 20, 2013, by thirty-one days, to the new response date of October 21, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: September 9, 2013

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel |
| */s/ Ann M. Cerney*<br>ANN M. CERNEY<br>Attorney for Plaintiff | */s/ Jean M. Turk*<br>JEAN M. TURK,<br>(As authorized via E-mail on 9/9/13)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

---

1

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-
MOTION FOR SUMMARY JUDGMENT

Ann M. Cerney, SBN: 068748
Attorney at Law
42 N. Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| JENIFER LYNN MURRY, | CASE NO. 2:13-CV-000139 AC |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her reply on or before October 21, 2013.

SO ORDERED.

DATED: September 10, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE