Ann M. Cerney, SBN: 068748
Attorney at Law
42 N. Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENIFER LYNN MURRY,<br><br>            Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant.<br>                          Defendant.<br>_____/ | CASE NO. 2:13-CV-000139 AC<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of September 20, 2013, by thirty-one days, to the new response date of October 21, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: September 9, 2013

                                                                                        BENJAMIN B. WAGNER
                                                                                        United States Attorney
                                                                                        DONNA L. CALVERT
                                                                                        Acting Regional Chief Counsel

 */s/ Ann M. Cerney*                                          */s/ Jean M. Turk*
ANN M. CERNEY                                              JEAN M. TURK,
Attorney for Plaintiff                                            (As authorized via E-mail on 9/9/13)
                                                                                Special Assistant U S Attorney
                                                                                Attorneys for Defendant

---

1
STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-
MOTION FOR SUMMARY JUDGMENT

1 Ann M. Cerney, SBN: 068748
Attorney at Law
2 42 N. Sutter Street, Suite 400
Stockton, California 95202
3 Telephone: (209) 948-9384
Facsimile: (209) 948-0706
4
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| JENIFER LYNN MURRY, | CASE NO. 2:13-CV-000139 AC |
|---|---|
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her reply on or before October 21, 2013.

SO ORDERED.

DATED: September 10, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE